

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mel Marin | **Civil Action No.** 24-cv-00110-TWR-MSB |
| **Plaintiff,** | |
| **V.** | |
| The Educational Testing Service (ETS) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's case is closed for failure to timely amend.

**Date:**       9/23/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy